386 A.2d 610

Commonwealth v. Spesak, et al., Appellants.

Argued September 16, 1977. Robert C. Rowe, with him Spitler, Rowe and Kilgore, for appellants; Frederick S. Wolfson, Assistant District Attorney, with him Thomas S. Long, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.